Roger D. CLAUSEN, Relator,

v.

The DOTSON COMPANY, and American Mutual Liability Ins. Co./Minn. Insurance Guaranty Association/MIGA, Respondents,

Continental Machines, Inc., and Reliance Insurance Company, Respondents,

D.C. Hey Company, and Liberty Mutual Insurance Company, Respondents,

and

Special Compensation Fund.

No. C0–00–1864.

Supreme Court of Minnesota.

Jan. 17, 2001.

Rehearing Denied Feb. 14, 2001.

Roger D. Calusen, Mankato, MN, Pro Se.

Cousineau, McGuire & Anderson, John T. Thul, Minneapolis, for Respondents Continental Machines' and Reliance Ins. Co.'s.

Abrams & Smith, Paul R. Smith, Minneapolis, for Respondents Dotson Company's and MIGA.

Conley & Borgeson, Steven C. Gilmore, St. Paul, for Respondents D.C. Hey Co.'s and Liberty Mut. Ins. Co.'s.

Special Compensation Fund, Workers' Compensation Division, St. Paul, for Respondent Special Compensation Fund's.

## ORDER

PER CURIAM.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 26, 2000, be, and the same is, affirmed without opinion. *See* Minn.R.Civ.App.P. 136.01, subd. 1(b).